## Joseph M. Wood, Appellee, v. Jessie J. Wood, Appellant.

### Gen. No. 43,511.

Heard in the first division, first district, this court at the October term, 1945; opinion filed January 7, 1946; released for publication January 21, 1946. John P. Loughnane and Chester D. Kern, for appellant; no appearance for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full.